OFFICE OF THE STANDING TRUSTEE
P.O. BOX 1884
MOBILE, AL  36633
(251)438-4615


IN RE                                                          Case No. 17-03025-HAC-13
      Garrett, Pennsylvania

Debtor

TO:   MUTUAL SAVINGS CREDIT UNION
      P.O. BOX 362045
      BIRMINGHAM, AL  35236

---

## NOTICE OF INTENT TO PAY CLAIM

---

| ECF CLAIM # | CLAIM ID | CLAIM AMOUNT | DATE FILED | YOUR ACCT # |
|---|---|---|---|---|
| 6 | 00007 | 2,516.42 | Oct 12, 2017 | 5996 |

The above referenced claim:

      was filed as a secured claim but not listed in Schedule 'D' of the petition or in the plan.

**If no objection to the claim is filed** with the Clerk of Court within 30 days from the date of this notice, the Trustee will begin making timely disbursements on this claim as filed, based on the allowed percentage. This notice is informational only.  Failure to object to the claim within 30 days does not waive your right to object to it at a later time pursuant to Bankruptcy Code §502.

DATED: 10/13/2017                          CLAIMS DEPARTMENT


cc:   Pennsylvania Garrett
      200 County Road 34
      Selma, AL  36701

      Richard Shinbaum
      P.O. BOX 201
      Montgomery, AL  36101-0201

      MUTUAL SAVINGS CREDIT UNION
      P.O. BOX 362045
      BIRMINGHAM, AL  35236