UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

Pennsylvania Garrett,
Debtor(s)

Mutual Savings Credit Union,
Movant

Bankruptcy Case No. 17-03025-HAC13

_____,
Name of Creditor or Claimant
(if different from Movant)

FACT SUMMARY FOR MOTION FOR RELIEF FROM AUTOMATIC STAY
TO FORECLOSE SECURITY AND LEASHOLD INTERESTS
IN CHAPTER 7 AND CHAPTER 13 CASES

Date and Type of Loan/Credit Transaction: 3/17/17 and Security Agreement
Type of Collateral: n/a             Monthly Payment: $2,564.01
Amount Financed: $2,500.00          APR or Interest Rate: 3.50 %
Term of Loan: 1                     Months or _____ Years
Payoff Amount: $2,516.42            As of 5/3/18
Value of Collateral: $2,704.76      Method of Valuation: _____
Delinquent Pre-Petition Payments:
    What Month(s)? 9.17.2017 - entire loan matured
    Amount: $2,516.42
    Claim Filed: ✓ Yes or ____ No
    Date Claim Filed: 10/12/17
Delinquent Post-Petition Payments:
    What Month(s)? 9.17.2017 - entire loan matured
    Amount: $2,516.42
    Claim Filed: ✓ Yes or ____ No
    Date Claim Filed: 10/12/17
    Other Charges & Cost (itemize): n/a
                                    n/a
                                    n/a
Amount & Number of Post-Petition Payment Received: $0.00 and 0
Amount held in Suspense: $0.00
If Lease, Lease Expiration Date: _____
If Terminated, Lease Terminated Date: _____
Does Creditor have Proof of Insurance in force: ____ Yes ✓ No ____ Unknown
Prior Stay Order(s) Involving Movant including Current Case: ____ Yes ✓ No
    If yes, give case number(s) and dates(s) of order(s)
    Case No.: n/a    Date: _____
    Case No.: n/a    Date: _____
    Case No.: n/a    Date: _____

Date: 5/9/18         Submitted By: /s/ Michael A. Harrison